PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anthony Cardino  Cr. 05-646-001
PACTS Number: 41923

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 01/29/07

Original Offense: Frauds and Swindles

Original Sentence: 27 months

Type of Supervision: 2 Years Supervised Release     Date Supervision Commenced: 02/25/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

It is further ordered that the offender make restitution in the amount of $429,000. The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and forwarded to the Clerk of the Court in Trenton, New Jersey, for distribution to the victims. The offender shall satisfy the amount due in monthly installments of no less than $150.

The offender shall notify the United States Attorney for this district within 30 days of any change of mailing address of residence that occurs while any portions of the restitution remains unpaid.

## CAUSE

We recommend that a payment plan be set by the Court in the amount of $150 per month towards the mandatory restitution.

Respectfully submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 04/02/09

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action

PROB 12B - Page 2
Anthony Cardino

[ ] Other

_____
Signature of Judicial Officer

4/28/09
_____
Date